UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVING WATER BAPTIST CHURCH,<br><br>      Plaintiff,<br><br>   v.<br><br>KYU BUM YIM,<br><br>      Defendant. | Case No. 15-CV-05417-PSG   (LHK)<br><br>**ORDER REFERRING DEFENDANT TO FEDERAL PRO SE PROGRAM** |

On February 9, 2016, Magistrate Judge Paul Grewal referred the instant action to the undersigned judge for a settlement conference, to be held within 30 days. After conferring with the parties and reviewing the Court's availability, a settlement conference was scheduled for February 19, 2016, at 2:00 p.m. Pursuant to the Court's Settlement Conference Standing Order, the parties shall submit a Settlement Conference Statement to the Clerk's Office by February 12, 2016. Defendant is currently proceeding in this action pro se.

The Court hereby REFERS Defendant to the Federal Pro Se Program. Mr. Kevin Knestrick, the staff attorney for the program, is available at (408) 297-1480. Information regarding the Federal Pro Se Program's hours and locations is available at http://cand.uscourts.gov/helpcentersj. Given the timeline recited above, the Court strongly

1  encourages Defendant to contact Mr. Knestrick as soon as possible.

2  **IT IS SO ORDERED.**

4  Dated: February 10, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California