1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    LIVING WATER BAPTIST CHURCH,          Case No.  15-cv-05417-PSG

8              Plaintiff,

9         v.                               **ORDER APPOINTING COUNSEL**
                                           **(Re:  Docket No. 27)**
10   KYU BUM YIM,

11             Defendant.

12         Because the Defendant has requested and is in need of counsel to assist him in this matter

13   and a volunteer attorney is willing to be appointed to undertake this representation at the request of

14   the Federal Pro Bono Project, Sean P. DeBruine is hereby appointed as counsel for Defendant in

15   this matter.

16         The scope of this appointment shall be for:

17         ( )    all purposes for the duration of the case

18         ( )    the limited purpose of representing the litigant in the course of

19                ( )    mediation

20                ( )    early neutral evaluation

21                (X)    settlement conference

22                ( )    briefing ( ) and hearing on the following motion (e.g., motion for summary

23         judgment or motion to dismiss): _____

24         _____

25         ( )    discovery as follows: _____

26         _____

27         ( )    other: _____

28         _____

United States District Court
Northern District of California

1    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project

2  Guidelines posted on the Court's website.

3  **SO ORDERED.**

4  Dated: February 18, 2016

5

6  PAUL S. GREWAL
   United States Magistrate Judge