Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Plaintiff
Living Water Baptist Church

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING WATER BAPTIST CHURCH, a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KYU BUM YIM, individually; and DOES 1 TO 10,<br><br>　　　　　Defendant. | CASE NO. 15-cv-05417-PSG<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER |

**TO THIS COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff LIVING WATER BAPTIST CHURCH, by and through its counsel, requests this court to voluntarily dismiss this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Respectfully Submitted,

Dated:　　　February 19, 2016　　　LAW OFFICES OF ALEX C. PARK

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　By: Alex C. Park, Attorney for
　　　　　　　　　　　　　　　　　　LIVING WATER BAPTIST CHURCH

1

## [PROPOSED] ORDER

Pursuant to the foregoing, this Court dismisses the entire case without prejudice and with each party to bear its own costs and fees.

Dated: _2·19_, 2016

_____Paul S. Grewal_____
THE HON. PAUL S. GREWAL